UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 235 FRINGE BENEFIT
FUNDS, and LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 235,
                Plaintiffs,

v.

AWE INCORPORATED; QBE INSURANCE
CORPORATION; and KUJTIM ISUFI,
individually,
                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

23 CV 2298 (VB)

    The Court has been advised that plaintiffs have settled with defendant QBE Insurance Corporation ("QBE") and that such settlement resolves plaintiffs' claims against defendant Kujtim Isufi. (Doc. #22). Accordingly, it is hereby ORDERED that plaintiffs' claims against QBE and Isufi are dismissed, without prejudice to the right to restore the action as to QBE and Isufi to the Court's calendar, provided such application is made by no later than May 31, 2023. To be clear, any application to restore the action as to QBE and Isufi must be filed by May 31, 2023, and any such application filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate QBE Insurance Corporation and Kujtim Isufi as defendants in this case.

Dated: May 16, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge