UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Laborers International Union of North America Local 235 Fringe Benefit Funds and the Laborers International Union of North America Local 235, | ) Index # 23-2298 (VB) ) ) ) ~~AWARDING~~ ) DEFAULT JUDGMENT ) AGAINST AWE INCORPORATED ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| -against- | |
| AWE Incorporated, QBE Insurance Corporation., and Kujtim Isufi, Individually, | |
| Defendants, | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/23

---

This action having been commenced on March 17, 2023 with the filing of the summons and complaint and the summons and complaint was served upon the Defendant, AWE Incorporated, on March 21, 2022, via NYS Secretary of State. The Proof of Service was filed with the Clerk of this Honorable Court on March 27, 2023. The defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant, AWE Incorporated, in the liquidated amount of Seven Thousand Six Hundred and Twenty-Six Dollars and Seventy-Three Cents ($7,626.73) which includes benefit fund contributions owed for the period of January 1, 2022 through November 10, 2022 in the amount of Twenty-Eight Thousand Six Hundred and Ninety-Eight Dollars and Ninety Cents ($28,698.90); plus One Thousand One Hundred Ninety-Five Dollars and Eighty-Six Cents ($1,195.86) in interest calculated at ten percent (10%) per annum for the period of January 1, 2023 through May 31, 2023; plus Five Thousand Seven Hundred and Thirty Nine Dollars and Seventy-Eight Cents ($5,739.78) in Liquidated Damages calculated at twenty percent (20%) of the principal amount due; plus Three Thousand Eighty One Dollars ($3,081.00) in Reasonable Attorney's Fees; plus Four Hundred and Eighty Dollars ($480.00) for costs and disbursements LESS the total amount collected by Plaintiff, Thirty-One Thousand Five Hundred and Sixty-Eight Dollars and Eighty-One Cents ($31,568.81);

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant, AWE Incorporated, and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
July 6, 2023

So Ordered:

_____
Honorable Vincent L. Briccetti, U.S.D.J.

The Clerk is instructed to close this case